UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24559-CIV-MORENO

ASSOCIATED ENERGY GROUP, LLC, a
Texas limited liability company,

        Plaintiff,

vs.

US-BANGLA AIRLINES, a company
incorporated under the laws of Bangladesh,

        Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Judgment After Default Against Defendant **(D.E. 16)**, filed on **May 9, 2024**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant US-BANGLA AIRLINES, a company incorporated under the laws of Bangladesh for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff ASSOCIATED ENERGY GROUP, LLC, a Texas limited liability company and against Defendant US-BANGLA AIRLINES, a company incorporated under the laws of Bangladesh. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant US-BANGLA AIRLINES, a company incorporated under the laws of Bangladesh compensatory damages in the amount of $214,424.22; pre-judgment interest in the amount of $25,951.50; for a sum total of **$240,375.72** plus costs and attorney's fees. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of May, 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record